**2001–2153.   Bank One, Akron, N.A. v. Malz.**
Medina App. No. 3167–M. Reported at 94 Ohio St.3d 1486, 763 N.E.2d 1184. On motion for reconsideration. Motion denied.

**2001–2215.   In re Wint.**
Cuyahoga App. No. 80323. Reported at 94 Ohio St.3d 1487, 763 N.E.2d 1185. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2001–2242.   Rust v. Brewer.**
Lucas App. No. L–00–1219. Reported at 94 Ohio St.3d 1488, 763 N.E.2d 1185. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**2002–0086.   In re Milgrim.**
Cuyahoga App. No. 79330. Reported at 94 Ohio St.3d 1489, 763 N.E.2d 1186. On motion for reconsideration. Motion denied.